# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2104
_____

United States of America

*Plaintiff - Appellee*

v.

Ashley Fern Horn, also known as Ashley Fern Nelson

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: December 6, 2024
Filed: December 11, 2024
[Unpublished]
_____

Before LOKEN, SHEPHERD, and STRAS, Circuit Judges.
_____

PER CURIAM.

Ashley Horn appeals after the district court[1] denied her a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). Her counsel has filed a motion to withdraw, and has also submitted a brief challenging the denial of a reduction.

---

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

Upon careful review, we conclude that the district court did not abuse its discretion in finding that a reduction was not warranted based on the seriousness of Horn's offense. <u>See</u> <u>United States v. Granados</u>, 830 F.3d 840, 842-43 (8th Cir. 2016) (per curiam) (defendant not automatically entitled to reduction pursuant to § 3582(c)(2); district court's denial of reduction reviewed for abuse of discretion).

Accordingly, we grant counsel's motion to withdraw and affirm.

_____